**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 04-1836**

_____

MICHAEL ROBERT RAY,

Appellant,

versus

ILADEN   LAUREANO;   VANI   LAURENO;   ERNEST
SOUTHERN, a/k/a Buzz Southern; DANNY HARDEE;
TEAM SIX, INCORPORATED; W. RYAN HOVIS; JOHN P.
BACOT, JR.; WILLIAM H. SHORT, JR.; CROSSMAN
COMMUNITIES,

Appellees.

_____

Appeal from the United States District Court for the District of
South Carolina, at Florence.   Terry L. Wooten, District Judge.
(CA-04-438-4-25-BH; CA-04-439-4-25-BH; BK-03-80512-JW)

_____

Submitted:  February 24, 2005          Decided:  March 4, 2005

_____

Before NIEMEYER, WILLIAMS, and KING, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

Michael Robert Ray, Appellant Pro Se.  O. Terry Beverly, Conway,
South Carolina; John Paisley Bacot, Jr., JOHN P. BACOT, JR., P.A.,
Surfside Beach, South Carolina; William Ryan Hovis, Rock Hill,
South Carolina; Tara Elizabeth Nauful, HAYNSWORTH, SINKLER & BOYD,
P.A., Columbia, South Carolina, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Michael Robert Ray seeks to appeal the district court's order affirming the magistrate judge's order of March 5, 2004. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2000), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2000); Fed. R. Civ. P. 54(b); <u>Cohen v. Beneficial Indus. Loan Corp.</u>, 337 U.S. 541 (1949). The order Ray seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>